UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                                      Case No. 1:21-cr-84

v.

                                      Hon. Hala Y. Jarbou

ROBERT NAKFOOR,

      Defendant.

_____/

## ORDER ADOPTING IN PART AND REJECTING IN PART REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (ECF No. 10) filed by Magistrate Judge Ray Kent in this action.  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.  Based on this, and on the Court's review of all matters of record, including the audio transcript of the plea proceedings, **IT IS ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Ray Kent (ECF No. 10) is approved and adopted in part and rejected in part as the opinion of the Court.  The Report and Recommendation's objection to Paragraph 13 of the plea agreement is rejected.

2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charge set forth in the Felony Information.

3. The written plea agreement is hereby continued under advisement pending sentencing now scheduled for **September 22, 2021, at 10:00 a.m.**

4. Defendant shall remain on bond pending sentencing.

Dated:   June 11, 2021                        /s/ Hala Y. Jarbou
                                                  HALA Y. JARBOU
                                                    UNITED STATES DISTRICT JUDGE